# UNITED STATES DISTRICT COURT
for the

Middle District of Alabama

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | |
| Sentra Moore | ) | Case No: 2:03CR180-01-MEF |
| | ) | USM No: 11399-002 |
| Date of Previous Judgment: 10/1/2004 | ) | N/A |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  X  DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: 29            Amended Offense Level: _____
Criminal History Category: II          Criminal History Category: _____
Previous Guideline Range: 240 to 240 months    Amended Guideline Range: ____ to ____ months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
X Other (explain):  Defendant is ineligible for reduction. Sentence was based on mandatory minimum.

## III. ADDITIONAL COMMENTS

**The Court has considered the factors set for in 18 U.S.C. 3553(a) in making its reduction determination pursuant to 18 U.S.C. § 3582(c)(2)/Amendment 706.**

Except as provided above, all provisions of the judgment dated  10/1/2004  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  5-7-10

Effective Date: _____
(if different from order date)

Judge's signature

MARK E. FULLER, CHIEF U.S. DISTRICT JUDGE
Printed name and title